AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Brandon Christopher Solomon<br><br>*Defendant(s)* | Case No. 2:24-mj-00040 |

**FILED MAR 1 2 2024**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 6, 2023** in the county of **Kanawha** in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of Methamphetamine and Fentanyl |

This criminal complaint is based on these facts:

On December 6, 2023, at or near 5717 MacCorkle Avenue SE, in Charleston, West Virginia, within the Southern District of West Virginia, Brandon Christopher Solomon distributed approximately 30 grams of Methamphetamine and approximately 10 grams of Fentanyl, both Schedule II controlled substances, to another person.

☐ Continued on the attached sheet.

*Complainant's signature*

SA Jennifer L. King (FBI)
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: March 12, 2024

*Judge's signature*

City and state: Charleston, West Virginia   Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*